# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

_____

JIM HOOD, Attorney General, ex rel.,
THE STATE OF MISSISSIPPI, Acting for
Itself and Parens Patriae for and on behalf of the
People of the State of Mississippi,

       Plaintiff

v.                                    CIVIL ACTION NO:  2:05 CV32-D-B
                                               CONSOLIDATED

THE CITY MEMPHIS, TENNESSEE, and
MEMPHIS LIGHT, GAS & WATER DIVISION,

       Defendants


DESOTO COUNTY, MISSISSIPPI,

       Plaintiff

v.                                    CIVIL ACTION NO:  2:05 CV 085-D-B

THE CITY MEMPHIS, TENNESSEE, and
MEMPHIS LIGHT, GAS & WATER DIVISION,

       Defendants


NESBIT WATER ASSOCIATION, INC.;
MISSISSIPPI UTILITY COMPANY, INC.;
and BILL J. ROBERSON, on Behalf of Themselves
and All Other Entities and Persons Similarly Situated,

       Plaintiffs

v.                                    CIVIL ACTION NO:  2:05 CV 108-D-B

THE CITY MEMPHIS, TENNESSEE, and
MEMPHIS LIGHT, GAS & WATER DIVISION,

       Defendants.

## ORDER

**THE COURT**, having been advised by joint letter of counsel that the parties are continuing to work cooperatively to resolve some or all of the issues raised by Defendants' Motion for Extension of Time to Respond to Plaintiffs' Discovery, finds in the interest of judicial economy, and to avoid unnecessary delay and costs, that briefing of said motion should be stayed until the parties have had a further reasonable amount of time to confer and to produce or exchange documents, data and information.  Therefore, it is

**ORDERED** that the time for the Mississippi Plaintiffs to respond to Defendants' Motion for Extension of Time to Respond to Plaintiffs' Discovery is stayed until October 23, 2006. Thereafter, the Mississippi Plaintiffs shall have until November 2, 2006, to respond to any unresolved issues, and Defendants may file a reply on or before November 8, 2006.

**THIS**, the 29th day of August, 2006.

/s/ Eugene M. Bogen
U. S. Magistrate Judge